# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>v.<br><br>FRANCISCO INIGUEZ,<br><br>        Defendant | Case No.: 2:25-cr-00054-CDS-DJA<br><br>**Order Approving Stipulation for<br>a Pre-Plea Report**<br><br>[ECF No. 8] |

Based on the parties' stipulation, IT IS HEREBY ORDERED that the United States Department of Parole and Probation prepare a Pre-Plea Presentence Report for defendant FRANCISCO INIGUEZ.

The Clerk of Court is kindly instructed to provide a copy of this order to the United States Department of Parole and Probation.

Dated: March 25, 2025

_____
UNITED STATES DISTRICT JUDGE